IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. WILKINS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV740 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 56). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation for dismissal with prejudice is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 11th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court